UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:24-cv-80355-AMC

**ENRIQUE ALVEAR**,

    Plaintiff,

vs.

**FLEET FEET SPORTS DEVELOPMENT COMPANY, LLC, d/b/a FLEET FEET DELRAY BEACH, a foreign limited liability company,**

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Pursuant to S.D. Fla. Local Rule 16.4, Plaintiff ENRIQUE ALVEAR and Defendant FLEET FEET SPORTS DEVELOPMENT, LLC d/b/a FLEET FEET DELRAY BEACH, by and through their respective undersigned counsel, hereby give notice that the parties have reached a settlement in this case and will be executing the necessary paperwork resolving all claims. Accordingly, the parties respectfully request that the Court provide them thirty (30) days from the date of filing this Notice to allow the parties to finalize their settlement agreement and to submit the dismissal documents necessary to dismiss this case with prejudice.

Dated: May 3, 2024.

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.**<br>Counsel for Plaintiff<br>4800 North Hiatus Road<br>Sunrise, FL 33351-7919<br>T. 954/362-3800<br>954/362-3779 (Facsimile)<br>Email: rhannah@rhannahlaw.com<br><br>By___*s/ Roderick V. Hannah*_____<br>    RODERICK V. HANNAH<br>    Fla. Bar No. 435384 | **LAW OFFICE OF PELAYO DURAN, P.A.**<br>Co-Counsel for Plaintiff<br>4640 N.W. 7th Street<br>Miami, FL 33126-2309<br>T. 305/266-9780<br>305/269-8311 (Facsimile)<br>Email duranandassociates@gmail.com<br><br>By ___*s/ Pelayo M. Duran*_____<br>    PELAYO M. DURAN<br>    Fla. Bar No. 0146595 |

**McGUINNESS & CICERO**
Counsel for Defendant
1000 Sawgrass Corporate Parkway, Suite 950
Sunrise, FL  33323
(954) 369-1050
rtuschman@gtemploymentlawyers.com

By  *s/ Richard D. Tuschman*
      RICHARD D. TUSCHMAN
      Fla. Bar No. 907480